IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Criminal Case No.: L0186969 and L0186970

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CODY J. SCOTT,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE LAIRD T. MILBURN
DATED: June 23, 2010

Arraignment and Discovery Conference set for August 09, 2010 at 11:00 a.m. is **VACATED** and rescheduled to August 16, 2010 at 11:00 a.m.

## Certificate of Mailing

I hereby certify that on June 23, 2010, a true and correct copy of the foregoing Minute Order was placed in the U.S. District Court CM-ECF, U. S. Mail, postage prepaid, sent by facsimile, or hand delivered, as indicated, to the following:

Wyatt Angelo
Michelle Heldmyer
Assistant United States Attorneys
400 Rood Avenue, Suite 220
Grand Junction, CO 81502

*Hand Delivered*

Daniel Shaffer, Esq.
359 Colorado Ave., Ste. 204
Grand Junction, CO 81501

*970.263.9602*
*By Facsimile*

By: _____
**Assistant to Magistrate Judge**